UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80944-CIV-CANNON/REINHART

JOHAN JUNTTILA,

                      Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner
of Social Security,

                      Defendant.
_____/

## REPORT AND RECOMMENDATION REGARDING DEFENDANT'S UNOPPOSED MOTION FOR REVERSAL AND REMAND (ECF No. 19)

Currently before the Court is Defendant's motion to reverse the Commissioner's denial of benefits and remand the matter to the Administrative Law Judge for a new hearing (ECF No. 19), which the Honorable Aileen M. Cannon referred to me for appropriate disposition. Plaintiff consents to the reversal and remand. ECF No. 19.

## RECOMMENDATION

I **RECOMMEND** that Defendant's Unopposed Motion be **GRANTED** (ECF No. 19), and that the Court reverse the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and order a remand for the Appeals Council to instruct the Administrative Law Judge to further develop the claimant's record and to offer the claimant the opportunity for a new hearing. In addition, the Administrative Law Judge should be instructed to obtain supplemental evidence from a vocational expert to resolve the apparent conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles (DOT); clarify the effect of the assessed limitations on the claimant's occupational base; and to issue a new decision.

Plaintiff's pending motion for summary judgment (ECF No. 18) should be **DENIED AS MOOT** and the Clerk of the Court should be ordered to close the case.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE AND SUBMITTED** in Chambers this 6th day of April, 2023, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE